CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 10 2006
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DAVID J. HALL, JR.,<br>　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant. | Civil Action No. 6:05cv00039<br><br>By:　Hon. Michael F. Urbanski<br>　　　United States Magistrate Judge |

## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Memorandum Opinion filed this day, it is

**ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

The Clerk of the Court is hereby directed to send a certified copy of the Memorandum Opinion and accompanying Order to all counsel of record.

Entered this 10th day of October, 2006.

　　　　　　　　　　　　　　　　　Michael F. Urbanski
　　　　　　　　　　　　　　　　　United States Magistrate Judge